People of the State of Illinois, Plaintiff-Appellee, v. Tobey Boone, a/k/a Tobey Richardson, Defendant-Appellant.

Gen. No. 50,582. (Abstract of Decision.)

First District, First Division.

October 31, 1966.

J. Tobias Dixon, of Chicago, for appellant; Daniel P. Ward, State's Attorney of Cook County, of Chicago (Elmer C. Kissane, Walter J. Parrish, Jr., and Thomas M. Burnham, Assistant State's Attorneys, of counsel), for appellee. Opinion by JUSTICE MURPHY. Not to be published in full.